## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02533-SKC-MEH

STEVE MIGHELL, on behalf of himself and those similarly situated,

    Plaintiff,

v.

HPG PIZZA I, LLC, *et al.*,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Two Motions to Dismiss (Dkts. 20 & 21) (ECF No. 77) of District Judge S. Kato Crews entered on December 12, 2024, dismissing the FLSA claims and state law claims, it is

ORDERED that judgment is hereby entered in favor of the defendants and against the plaintiff.   It is

FURTHER ORDERED that this case is terminated.

    Dated at Denver, Colorado this 12th day of December, 2024.

                                                             FOR THE COURT:
                                                             JEFFREY P. COLWELL, CLERK

                                                               s/C. Pearson, Deputy Clerk